**Order entered November 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00903-CV

### ALBERT LUTTERODT, Appellant

### V.

### DAVID J. POTTER AND JACKSON M. POTTER, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01182-D**

## ORDER

On November 15, 2019, we denied appellant's second motion requesting supplementation of the record because, other than audiotapes that are not judicial records, it failed to describe specifically the items requested and the relevance of the missing items to the appeal. Before the Court is appellant's November 19, 2019 response and request for extension of time to file his opening brief. He explains "he believes the records are incomplete, and the critical Court #4 transcripts are missing."

To the extent appellant requests again to supplement the record, we **DENY** the motion as he fails to specify what records are missing and our review of the record shows the record of the only hearing that occurred in the trial court, on April 15, 2019, has been filed. To the extent he

seeks an extension, we **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than December 30, 2019.

/s/ BILL WHITEHILL
   JUSTICE